UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT ZEHREN,<br><br>　　　　　　　　　Defendant. | Case No. 18-CR-87-JPS<br><br>**ORDER** |

On April 30, 2018, the United States Attorney charged Defendant in a two-count information. (Docket #1). The government charged Defendant with growing marijuana with intent to distribute, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), and using his home for that purpose, in violation of 21 U.S.C. § 856(a). *Id.* That same day, the parties filed a plea agreement indicating that Defendant would plead guilty to both counts. (Docket #2).

The parties appeared before Magistrate Judge David E. Jones on May 30, 2018, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #6). Defendant entered a plea of guilty as to Counts One and Two. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Jones determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. (Docket #6 and #9).

On June 1, 2018, Magistrate Jones filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed

accordingly. (Docket #9). Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C. § 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Jones' recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge David E. Jones' report and recommendation (Docket #9) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 21st day of June, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge